UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DUNAGAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>E. JOHNSON,<br><br>　　　　Defendant. | No. 2: 20-cv-0250 KJN P<br><br><br><br>ORDER |

On March 20, 2020, the undersigned referred this action to the Post-Screening ADR Project. (ECF No. 14.) The court ordered the Deputy Attorney General assigned to this action to schedule a settlement conference within thirty days. (Id.)

On April 16, 2020, the Deputy Attorney General assigned to this action filed a motion for a sixty days extension of time to either schedule a settlement conference or file a request to opt out of the Post-Screening ADR Project.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion for an extension of time (ECF No. 15) is granted;
2. On or before June 16, 2020, defendants shall either contact the court to schedule a settlement conference or file a request to opt out of the Post-Screening ADR Project.

Dated: April 20, 2020

Dun250.eot

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE